10-cr-00601-CMA

You have a right to ask the Court to return your property to you if you think you do not owe the money to the Government that it claims you do, or if you think the property the Government is taking qualifies under one of the above exemptions.

**If you want a hearing, you must notify the Court within 20 days after receipt of this Notice. Your request must be in writing.**

If you wish, you may use this Notice to request the hearing by checking the specified request below. You must either mail it or deliver an original and one copy to the **Clerk of the United States District Court at: 901 19th Street, #A-105, Denver, Colorado 80294-3589**. You must also send a copy of your request to the **United States Attorney's Office at: 1225 17th Street, Suite 700, Denver, Colorado 80202, ATTN: Financial Litigation Unit**, so the Government will know you want a hearing.

✓ Yes, I do request a hearing

___ No, I do not request a hearing

The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the Judge why you think you do not owe the money to the Government. If you do not request a hearing within 20 days of receiving this Notice, your property may be sold at public auction and the proceeds of the sale will be applied to the debt you owe the Government, your wages may be garnished, or the Court may direct entry of an Installment Payment Order.

If you think you live outside the Federal judicial district in which the Court is located, you may request, not later than 20 days after you receive this Notice, that

Original

this proceeding to take your property be transferred by the Court to the Federal judicial district in which you reside.

You must make your request in writing, and either mail or deliver an original and one copy to the **Clerk of the Court** at **901 19th Street, #A-105, Denver, Colorado 80294**.

You must also send a copy of your request to the **United States Attorney's Office, 1225 17th Street, Suite 700, Denver, Colorado 80202, ATTN: Financial Litigation Unit,** so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this Notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer or an office of public legal assistance. The Clerk of the Court is not permitted to give legal advice. **IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.**

**METROPOLITAN LAWYER REFERRAL SERVICE**
**(303) 831-8000**

GREGORY C. LANGHAM, Clerk
United States District Court

| 3/28/2012 | By: | s/ D. Berardi |
|---|---|---|
| **Date** | | **Deputy Clerk** |



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-000601-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

DAVID L. DARBY,

        Defendant,

---

**CLERK'S NOTICE OF POST-JUDGMENT EXECUTION**

---

**To:   David L. Darby**

You are hereby notified that this action is being taken by the United States of America which has a judgment in Criminal Case No. 10-cr-000601-CMA, for the District of Colorado, in the sum of $70,243.56 ($100.00 Assessment Fee and $70,243.56 Restitution). A balance of $63,220.51 remains outstanding.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if you can show that the exemptions apply. Attached is a summary of the major exemptions which apply in most situations in the State of Colorado.



Name: David Dunlap
Reg. No: 36898-013
FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, CO 81226-5000

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 30 2012
GREGORY C. LANGHAM
CLERK

⇔36898-013⇔
Clerk Of District Court
901 19TH ST
#A-105
Denver, CO 80294
United States